# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| Nicolas von Gunten, Individually and on behalf of others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Cossio Insurance Agency, PAL Sports and Entertainment Group, Larry Cossio, )<br>)<br>Defendants. ) | **NOTICE OF REMOVAL**<br><br>C.A. No.: _____ |

**TO: THE HONORABLE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION**

The defendants, Cossio Insurance Agency, PAL Sports and Entertainment Group and Larry Cossio ("Defendants"), would respectfully allege and show unto the Court as follows:

1. The defendants are parties to a civil action brought against it in the Court of Common Pleas of Greenville County entitled "Nicolas von Gunten, Individually and on behalf of others similarly situated vs. Cossio Insurance Agency, PAL Sports and Entertainment Group, Larry Cossio" which action bears C.A. No. 2022-CP-23-00546 and which was commenced by service of a summons and complaint on Cossio Insurance Agency on February 7, 2022, via U.S. Mail. Copies of the summons and complaint served in this matter are attached hereto as **Exhibit A.** No further proceedings have been had therein.

2. This petition for removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days from the date on which the defendants were served with the lawsuit.

3. Upon information and belief, at the time this action was commenced and at all relevant times thereafter to the present, the plaintiff, Nicholas von Gunten, was a resident of the State of Tennessee.

4. Cossio Insurance Agency is a trade name which is owned by Brown & Brown of South Carolina which is a corporation organized and existing pursuant to the laws of the State of South Carolina and which does business in Greenville County, South Carolina.

5. PAL Sports and Entertainment Group is a trade name which is owned by PAL Sports & Entertainment Group, LLC which is a LLC existing pursuant to the laws of the State of South Carolina and which does business in Greenville County, South Carolina. The only member of the LLC is Larry Cossio who is a resident of the State of South Carolina.

6. The plaintiff's complaint alleges causes of action for declaratory judgment, negligence, unfair trade practices and unjust enrichment. *See* Complaint. The plaintiff alleges that he is entitled to recover general and special compensatory damages, punitive damages, treble damages, attorneys' fees and costs on behalf of himself and all others similarly situated. *See* Complaint. Accordingly, the amount in controversy, exclusive of interest and costs, exceeds $75,000.00. *See* Spann v. Style Crest Products, Inc., 171 F. Supp. 2d 605, 609 (D.S.C. 2001) (holding that "it is well-settled that potential punitive damages are to be considered when determining the jurisdictional amount . . ."); Woodward v. New Court Commercial Finance Corporation, 60 F. Supp. 2d 530, 532, 532 n.6 (D.S.C. 1999) (holding that defendant would satisfy any burden of proof where damages recoverable approximated $15,000 and where plaintiff sought punitive damages); Phillips v. Whirlpool Corporation, 351 F. Supp. 2d 458, 462 (D.S.C. 2005) (holding that "where statutory provisions authorized the recovery of attorneys' fees, those fees may be included as part of the amount in controversy.").

7. Because there is diversity of citizenship between the plaintiff and the defendants and the amount in controversy exceeds $75,000.00 exclusive of interest and costs, this action is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332. Therefore,

the action brought by the plaintiff against the defendants is a suit of a civil nature, the character of which the District Courts of the United States are given original diversity jurisdiction under 28 U.S.C. § 1332, and is one that may be removed to this Court by the defendants pursuant to 28 U.S.C. § 1441.

8.  The defendants submit this Notice of Removal without waiving any defense to the claims asserted by the plaintiff or conceding that the plaintiff has pled claims upon which relief can be granted.

WHEREFORE, the defendants, Cossio Insurance Agency, PAL Sports and Entertainment Group and Larry Cossio respectfully request that this action, now pending in the Court of Common Pleas for Greenville County, South Carolina, be removed to this Court.

Respectfully Submitted,

s/Phillip E. Reeves
Phillip E. Reeves (Fed. ID No. 3232)
Gallivan, White & Boyd, P.A.
Post Office Box 10589
Greenville, South Carolina 29603
(864) 271-9580
preeves@gwblawfirm.com

Attorney for Defendants, Cossio Insurance Agency, PAL Sports and Entertainment Group and Larry Cossio

Greenville, South Carolina

March 9, 2022